NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-1174

ROGER PALMER #322435

VERSUS

GLENN G. CORTELLO

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTY-THIRD JUDICIAL DISTRICT COURT
PARISH OF ALLEN, NO. C-2005-026
HONORABLE PATRICIA C. COLE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

ELIZABETH A. PICKETT
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Marc T. Amy, Elizabeth A. Pickett, and J. David Painter, Judges.

**AFFIRMED.**

**Glenn G. Cortello**
**Attorney at Law**
**711 Washington St.**
**Alexandria, LA 71301**
**(318) 445-0022**
**Counsel for Defendant-Appellee:**
**Glenn G. Cortello**


**Roger Palmer**
**E B1-ALC**
**3751 Lauderdale Woodyard Rd.**
**Kinder, LA 70648**